# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL WOJTOWICZ, | : | Civil No. 1:24-CV-00962 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GICHNER SHELTER SYSTEMS, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of June, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion for summary judgment, Doc. 48, is **GRANTED**. The Clerk of Court shall enter judgment in Defendant's favor and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania